1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   P.O. Box 5088
3  Sacramento, CA 95817
   Telephone: (916) 454-3111
4  Facsimile: (916) 454-3131

5  Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARIA BELTRAN** | Case No.  CIV S-08-1754 EFB |
| **Plaintiff,** | **STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT** |
| **v.** | |
| **MICHAEL J. ASTRUE** **Commissioner of Social Security** **of the United States of America,** | |
| **Defendant.** | |

   IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended from December 25, 2008, to March 6, 2009.  This is Plaintiff's first extension and is required due to the holidays and  Plaintiff's counsel's extremely heavy briefing schedule through February.

/ / / /

/ / / /

/ / / /

1

| | | |
|---|---|---|
| 1 | Dated: December 19, 2008 | */s/Bess M. Brewer* |
| 2 | | BESS M. BREWER |
| | | Attorney at Law |
| 3 | | Attorney for Plaintiff |

Dated: December 22, 2008    McGregor W. Scott

United States Attorney

/s/  *Jacqueline Forslund*
JACQUELINE FORSLUD

Special Assistant U.S. Attorney
Social Security Administration

Attorney for Defendant

**ORDER**

Given the length of the extension granted herein, no further extensions will be granted absent a showing of substantial cause.

APPROVED AND SO ORDERED.

DATED: December 30, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2