|     |                                                      |                          |
| --- | ---------------------------------------------------- | ------------------------ |
|     | IN THE UNITED STATES DISTRICT COURT                  |                          |
|     | FOR THE EASTERN DISTRICT OF CALIFORNIA               |                          |
|     | MARIA BELTRAN,                                       |                          |
|     |     Plaintiff,                   | No. CIV S-08-1754 EFB    |
|     |   vs.                                      |                          |
|     | MICHAEL J. ASTRUE, Commissioner of Social Security,  | ORDER                    |
|     |     Defendant.                   |                          |

     The court is in receipt of the parties' proposed stipulation to extend plaintiff's time to file her motion for summary judgment. On December 30, 2008, the court previously granted plaintiff an additional two-and-a-half months in which to file her motion. In approving the stipulation on December 30, the court noted that: "Given the length of the extension granted herein, no further extensions will be granted absent a showing of substantial cause."

     The parties' current stipulation once again states that: "This extension is required due [sic] Plaintiff's counsel's extremely heavy briefing schedule." This boilerplate language fails to overcome the burden placed on plaintiff by the December 30, 2008 order.

////

////

////

1

Accordingly, the stipulation will not be approved. Plaintiff may, however, resubmit a proposed stipulation and order demonstrating the "substantial cause" required.

So Ordered.

DATED: March 6, 2009.

*/s/ Edmund F. Brennan*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE