IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARIA BELTRAN,

        Plaintiff,

   vs.

MICHAEL J. ASTRUE, Commissioner of Social Security,

        Defendant.

No. CIV S-08-1754 EFB

ORDER

/

The court is in receipt of the parties' second proposed stipulation to extend plaintiff's time to file her motion for summary judgment. The matter will be set for hearing before the undersigned.

On December 30, 2008, the court granted plaintiff an additional two-and-a-half months in which to file her motion. In approving the stipulation on December 30, the court noted that: "Given the length of the extension granted herein, no further extensions will be granted absent a showing of substantial cause." On March 5, 2009, the parties submitted a proposed stipulation and order to continue the deadline for plaintiff to file her motion for summary judgment. The stipulation stated that: "This extension is required due [sic] Plaintiff's counsel's extremely heavy briefing schedule." The court found that the boilerplate language failed to overcome the burden placed on plaintiff by the December 30, 2008 order, and disapproved the stipulation on

1

1 March 6, 2009. In denying the request for extension of time, the court noted that: "Plaintiff
2 may, however, resubmit a proposed stipulation and order demonstrating the 'substantial cause'
3 required." Order filed March 6, 2009.

4 On March 17, 2009, the parties submitted a second stipulation and order requesting an
5 extension of plaintiff's deadline which was *identical* to the previously submitted stipulation the
6 court disapproved and which, once again, fails to overcome the burden placed on plaintiff by the
7 December 30, 2008, order. While the court is mindful that plaintiff's counsel carries a heavy
8 caseload and does not wish to invite a claim of malpractice against plaintiff's counsel, the
9 stipulation wholly ignores the requirements placed on plaintiff for the extension without a
10 demonstration of good cause, and should be denied. However, the court defers ruling on the
11 request. Plaintiff's request for an extension of time in which to file her motion for summary
12 judgment is now SET for oral argument on April 1, 2009, at 10:00 a.m. in Courtroom No. 25.

13 So Ordered.

14 DATED: March 27, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE