| | |
|---|---|
| 1 | LAWRENCE G. BROWN |
| | Acting United States Attorney |
| 2 | LUCILLE GONZALES MEIS |
| | Regional Chief Counsel, Region IX |
| 3 | Social Security Administration |
| | JACQUELINE A. FORSLUND |
| 4 | Special Assistant United States Attorney |
| 5 | 333 Market Street, Suite 1500 |
| | San Francisco, California 94105 |
| 6 | Telephone: (415) 977-8943 |
| | Facsimile: (415) 744-0134 |
| 7 | E-Mail: Jacqueline.A.Forslund@ssa.gov |
| 8 | Attorneys for Defendant |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| MARIA BELTRAN, | ) |
| | ) CIVIL NO. 2:08cv01754 EFB |
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER |
| v. | ) |
| | ) |
| MICHAEL J. ASTRUE | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

The parties to the above-captioned action, by and through their undersigned attorneys, hereby stipulate as follows:

1) Pages 853 through 861 of the Certified Administrative Transcript (Transcript), filed in this case on November 7, 2008, are confidential records pertaining to an individual other than Plaintiff.

2) The Special Assistant U.S. Attorney/Assistant Regional Counsel assigned to this case and Plaintiff's attorney will remove pages 853 through 861 from the Certified Administrative Transcript and destroy these pages.

3) Pages 853 through 861, mistakenly included in the Transcript, will not be disclosed to anyone.

4)  The inadvertent inclusion of pages in the Transcript will not be a basis for a claimed error.

Respectfully submitted,

Dated: May 1, 2009
/s/ *Bess M. Brewer*
(As authorized via e-mail)
BESS M. BREWER
Attorney for Plaintiff

Dated: May 1, 2009
LAWRENCE G. BROWN
Acting United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

/s/ *Jacqueline A. Forslund*
JACQUELINE A. FORSLUND
Special Assistant U.S. Attorney

Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED.

DATED: May 4, 2009.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE