1  BENJAMIN B. WAGNER
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   JACQUELINE A. FORSLUND
4  Special Assistant United States Attorney

5      333 Market Street, Suite 1500
       San Francisco, California 94105
6      Telephone:  (415) 977-8932
       Facsimile:  (415) 744-0134
7      E-Mail: Jacqueline.A.Forslund@ssa.gov

8  Attorneys for Defendant

9                       UNITED STATES DISTRICT COURT

10                     EASTERN DISTRICT OF CALIFORNIA

11                           **SACRAMENTO DIVISION**

12

13  MARIA A. BELTRAN,                  )
                                       )   CIVIL NO. 2:08-CV-1754-EFB
14         Plaintiff,                  )
                                       )   STIPULATION AND ORDER FOR
15         v.                          )   EXTENSION OF TIME
                                       )
16  MICHAEL J. ASTRUE,                 )
    Commissioner of                    )
17  Social Security,                   )
                                       )
18         Defendant.                  )
    _____)

19

20      The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the
21  attached Order, that Defendant shall have a first extension of time of 21 days to respond to Plaintiff's
22  motion for attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(d). The undersigned
23  was on medical leave for much of the past two weeks and has asked for authority to settle this matter,
24  which has not yet been received. An extension of 21 days is requested in the event it is necessary for the
25  undersigned to oppose Plaintiff's motion.

26  ////

27  ////

28  ////

The current due date is July 13, 2010.  The new due date will be August 3, 2010.

                                              Respectfully submitted,

Dated: July 13, 2010                */s/ Bess M. Brewer*
                                        (As authorized via email)
                                        BESS M. BREWER
                                        Attorney for Plaintiff

Dated: July 13, 2010                BENJAMIN B. WAGNER
                                        United States Attorney
                                        LUCILLE GONZALES MEIS
                                        Regional Chief Counsel, Region IX
                                        Social Security Administration

                                        /s/ *Jacqueline A. Forslund*
                                        JACQUELINE A. FORSLUND
                                        Special Assistant U.S. Attorney

                                        Attorneys for Defendant

<u>ORDER</u>

APPROVED AND SO ORDERED.

DATED:  July 14, 2010.              _____
                                        EDMUND F. BRENNAN
                                        UNITED STATES MAGISTRATE JUDGE